470 A.2d 1034

Commonwealth v. Wallace, Appellant.

Argued September 20, 1983. Daniel M. Preminger, for appellant; Mariana C. Sorensen, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence affirmed.